TO: Maryland Bankrupt Ct
FROM: Isabelle R. Ruby Case
Case # 18-13929

DATE: ~~July~~ Jun 19, 2018

SUBJ: Conversion From 7 to 13

To thy honorable Judge Lipp,
Please grant my request to convert TP, from a Chapter 7 to 13 Bankruptcy.

Per Legal Advice, my disability will cover repayment of mortgage, Provided my pending cases shall settle in the next few months and I will have enough to repay. Further in a 13, my second mortgage may be written off, based on internet research.

It is and has always been my intent to keep my Rockville home, legacy, and return when healthy. I am still waiting for Henry McLaughlin, 2013 Rosebowl injury, to give status of his care as required by your court. Also, requested all medical bills from all attorneys to date, I am still waiting. Thank Jquizz, May surg disablement by middle of July, can no disclose amt. Thank you for consideration, Isch.

FILED
2018 JUN 21 AM 10: 23
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In Re: Isabelle Riley

Case Number: 18-13929

Chapter: 7

Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on the 21 day of June, 2018 a copy of request to convert from Chapter 7 to Chapter 13

was mailed first class mail, postage prepaid to:

Name: Michael Wolf
Address: 15245 Shady Grove Rd #465, North Lobby
City, State, Zip Code: Rockville MD 20850

Name:
Address:
City, State, Zip Code:

Name:
Address:
City, State, Zip Code:

Signature: Isabelle Riley